IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL ARRIOLA**                                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:21-CV-00101-BSM**

**GREENWICH INSURANCE COMPANY**                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE